1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   RAFAEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00004-MJS |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO SET FOR PLEA AND SENTENCING; ORDER** |
| RAFAEL GONZALEZ, | |
| Defendant. | |

On April 3, 2018, the Court set a briefing schedule for Mr. Gonzalez's motion to suppress. Mr. Gonzalez's initial motion is due April 27, 2018. However, the parties have reached a resolution. Accordingly, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Rafael Gonzalez, that the Court vacate the briefing schedule and set this case for plea and sentencing on June 6, 2018 at 10 a.m. in Yosemite National Park.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: April 27, 2018              */s/ Susan St. Vincent*
                                  Susan St. Vincent
                                  Yosemite Legal Officer
                                  Attorney for Plaintiff

|   |   |   |
|---|---|---|
| | HEATHER E. WILLIAMS | |
| | Federal Defender | |
| Date: April 27, 2018 | */s/ Hope Alley* | |
| | HOPE ALLEY | |
| | Assistant Federal Defender | |
| | Attorney for Defendant | |
| | RAFAEL GONZALEZ | |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the briefing schedule set in Case No. 6:18-mj-0004 is hereby vacated and this case is continued to June 6, 2018 for plea and sentencing.

IT IS SO ORDERED.

Dated: May 2, 2018                           /s/ *Jeremy D. Peterson*
                                              UNITED STATES MAGISTRATE JUDGE