| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | RAFAEL GONZALEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:18-mj-00004-JDP |
|---|---|
| Plaintiff, | ) **STIPULATION TO MODIFY CONDITIONS** |
| | ) **OF PROBATION; ORDER** |
| vs. | ) |
| RAFAEL GONZALEZ, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Rafael Gonzalez, that the Court modify the terms and conditions of Mr. Gonzalez's probation as set forth below.

On June 6, 2018, Mr. Gonzalez was sentenced to twelve months of unsupervised probation, with the conditions that he obey all laws, report any new law violations within seven days, and pay a $500 fine at a rate of $50 per month for the first ten months of probation.

At the time of the hearing, Mr. Gonzalez was unemployed, and he has not yet found employment. Without being gainfully employed, Mr. Gonzalez fears he will be unable to make his $50 payments. Accordingly, the parties stipulate to modify his probation as follows: the requirement that Mr. Gonzalez pays a fine of $500 will be replaced by the requirement that Mr. Gonzalez completes 50 hours of community service by April 7, 2019 and pays a $10 special

assessment fee.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 3, 2018  /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 3, 2018  /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
RAFAEL GONZALEZ

## **O R D E R**

The court hereby grants the parties' request to modify a condition of Mr. Gonzalez's probation as set forth above.

IT IS SO ORDERED.

Dated: July 6, 2018

UNITED STATES MAGISTRATE JUDGE