# UNITED STATES DISTRICT COURT
for the

## Eastern District of California



FILED

MAY 31 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    v.

**RAFAEL GONZALEZ,**

)
)
)
)

Case No.  **6:18-mj-00004-MJS**

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release;

(2)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)  The defendant shall notify the Court and defendant's counsel of any change of address; and

(4)  The defendant must appear at:  U.S. District Court, 9004 Castle Cliff Court, Yosemite, CA.
*Place*

U.S. Magistrate Judge Jeremy D. Peterson in Yosemite

on      June 18, 2019 at 10:00 AM
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me.  I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information.  Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: _____

                         Rafael Gonzalez
                         *Defendant's signature*

Date: 5/31/19

                         *Judicial Officer's Signature*

      U.S. Magistrate Judge Barbara A. McAuliffe
                      *Printed name and title*