HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
RAFAEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(YOSEMITE DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-MJ-0004-JDP |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE |
| v. | |
| RAFAEL GONZALEZ, | Judge: Hon. Jeremy D. Peterson |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, SUSAN ST. VINCENT, Legal Officer and LINDA C. ALLISON, Assistant Federal Defender, attorney for RAFAEL GONZALEZ, that the self-surrender date of set for June 28, 2019 be continued to July 1, 2019 by 2:00 p.m.  The defendant is to self-surrender to the United States Marshals Office located at 2500 Tulare Street, #3501, Fresno, California 93721, for a 10-day sentence.

DATED: June 24, 2019                                  Respectfully submitted,

                                                      HEATHER WILLIAMS
                                                      Federal Defender

                                                      /s /Linda C. Allison
                                                      LINDA C. ALLISON
                                                      Assistant to the Federal Defender
                                                      Attorneys for Defendant
                                                      RAFAEL GONZALEZ

-1-

Dated: June 24, 2029

*/s/ Linda C. Allison for*
SUSAN ST. VINCENT
Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated: June 24, 2019

UNITED STATES MAGISTRATE JUDGE